46 A.3d 1284

**Anne WILSON in her own Right and Anne Wilson, Administratrix of the Estate of her Deceased Husband, James Wilson, Appellant**

v.

**Sandi VITO, Secretary Department of Labor and Industry and Honorable Joseph Hagan and Honeywell, Inc. (Formerly Allied Signal, Inc.) and Travelers Casualty And Surety Company And Owens Illinois, Inc., and Eric Kadish, Appellees.**

Supreme Court of Pennsylvania.

June 18, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 18th day of June, 2012, the order of the Commonwealth Court is **AFFIRMED.** The motion filed by Appellees, Honeywell, Inc. and Travelers Casualty and Surety Company, for leave of court to file a reply brief pursuant to Pa.R.A.P. 2113 is **DENIED.**